UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CRYSTAL SOLS,

    Plaintiff(s),

-against-

SOUTHWWEST CREDIT SYSTEMS, L.P.;
and JOHN DOES 1-25

    Defendant(s).

Civil Case No.: 2:18-cv-00677

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE** that the Plaintiff through her attorney, Joseph K. Jones, Esq., admitted *pro hac vice,* of Jones, Wolf & Kapasi, LLC., with the consent of Defendant, SOUTHWWEST CREDIT SYSTEMS, L.P. and JOHN DOES 1-25, through its attorney, Justin M. Tuskan, Esq., and pursuant to Rule 41 of the Federal Rules of Civil Procedure, does hereby dismiss this case with prejudice as to SOUTHWWEST CREDIT SYSTEMS, L.P.and JOHN DOES 1-25. Each party will pay its own costs, expense and attorney fees.

Dated: February 18, 2019

Respectfully submitted,

ENT'D MAR 11 2019

s/ *Joseph K. Jones*
Joseph K. Jones, Esq. (*admitted pro hac vice*)
Jones, Wolf & Kapasi, LLC
375 Passaic Avenue
Fairfield, New Jersey 07004
(973) 227-5900 telephone
(973) 244-0019 facsimile
jkj@legaljones.com

*Attorneys for Plaintiff, Crystal Solis*

SO ORDERED this 11th day of March, 2019.

Michael M-Baylson, USDJ